

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2020

No. 04-20-00612-CR

David Rivera **CORTEZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5189
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The trial court imposed sentence on November 13, 2020. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on December 14, 2020. TEX. R. APP. P. 26.2(a)(1). Appellant did not file a motion for extension of time to file the notice of appeal. TEX. R. APP. P. 26.3. Appellant filed his notice of appeal on December 22, 2020.

"A timely notice of appeal is necessary to invoke the jurisdiction of this Court." *Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014). "A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended, or within ninety days after sentencing if the defendant timely files a motion for new trial." *Id.* (citing TEX. R. APP. P. 26.2(a)(1)). Because appellant did not timely file a notice of appeal, it appears that we lack jurisdiction over this appeal.

We, therefore, ORDER appellant to show cause on or before **January 12, 2021** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended until further order of the court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2020.



MICHAEL A. CRUZ, Clerk of Court